No. 78–6680. MCCORMICK ET AL. *v.* TEXAS. Ct. Crim.
App. Tex.;
 No. 78–6777. EARVIN *v.* TEXAS. Ct. Crim. App. Tex.;
 No. 78–6799. CORLEY *v.* TEXAS. Ct. Crim. App. Tex.;
 No. 79–5031. HARGRAVE *v.* FLORIDA. Sup. Ct. Fla.; and
 No. 79–5061. MASON *v.* VIRGINIA. Sup. Ct. Va. Certio-
rari denied. Reported below: No. 78–6680, 582 S. W. 2d 786;

No. 78–6777, 582 S. W. 2d 794; No. 78–6799, 582 S. W. 2d 815; No. 79–5031, 366 So. 2d 1; No. 79–5061, 219 Va. 1091, 254 S. E. 2d 116.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.